| | |
|---|---|
| Michael B. Tierney, P.C.<br>2955 80th Ave S.E., Suite 205<br>Mercer Island, WA 98040<br>Telephone: 206-232-3074<br>Facsimile: 206-232-3076 | The Honorable Lonny R. Suko |

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| FORREST P. STAUSS, VICTORIA A. DYER, JOHN E. NELSON and JANICE L. NELSON,<br><br>            Plaintiffs,<br><br>vs.<br><br>KLICKITAT COUNTY<br><br>            Defendant. | NO. CV-08-3080-LRS<br><br>ORDER OF DISMISSAL |

THIS MATTER having come on regularly before the undersigned Judge this day upon the Stipulation to Dismiss by the parties through their respective attorneys of record, it is hereby ORDERED that all claims by all parties are hereby dismissed with prejudice and without costs to any party.

The District Court Executive is directed to close the file.

DATED this 21st day of September, 2009.

*s/Lonny R. Suko*
_____
Lonny R. Suko
Chief United States District Judge

Order of Dismissal - 1
07-2-06162-6

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076

Presented by:

  /s/ Michael B. Tierney
Michael B. Tierney, WSBA #13662
Attorneys for Defendant

Approved as to form;
Notice of Presentation Waived:

  /s/ Paul J. Hirsch
Paul J. Hirsch
Attorney for Plaintiffs

Order of Dismissal - 2
07-2-06162-6

**MICHAEL B. TIERNEY, P.C.**
2955 80th Avenue SE, Suite 205
Mercer Island, WA 98040
TELEPHONE: (206) 232-3074
FACSIMILE: (206) 232-3076